UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14010-CR-MARRA/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUAN CARLOS COLIN,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge Frank J. Lynch, Jr. on June 11, 2014.

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The Defendant is hereby adjudicated guilty and sentencing is set for Friday, September 12, 2014 at 9:00 a.m. in Ft. Pierce, Florida.

**DONE and ORDERED** in West Palm Beach, this 5th day of August, 2014.

_____
**KENNETH A. MARRA**
**UNITED STATES DISTRICT JUDGE**

cc:    All counsel